UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:06CV-413-R

SAMUEL YENAWINE                                                                                           PETITIONER

v.

JOHN MOTLEY, WARDEN                                                                              RESPONDENT

**ORDER**

**IT IS HEREBY ORDERED AND ADJUDGED** that the petition of Samuel Yenawine, *pro se*, for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED.**

A certificate of appealability is **GRANTED** as to all aspects of the Petitioner's claim.

The Court hereby *certifies* that an appeal would be taken in good faith. 28 U.S.C. § 1915(a)(3).

This is a final order.